IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

FILED U.S. DISTRICT COURT  2013 JUN 11  3:18  DISTRICT OF UTAH  BY:_____ DEPUTY CLERK

| | |
|---|---|
| KEITH RUSSELL JUDD, | **DISMISSAL ORDER** |
| Plaintiff, | Case No. 2:13-CV-273 RJS |
| v. | District Judge Robert Shelby |
| UTAH OFFICE OF LIEUTENANT GOVERNOR et al., | |
| Defendants. | |

Plaintiff, Keith Russell Judd, a federal inmate housed in Texas, filed a *pro se* prisoner civil rights complaint.[1] Because Plaintiff had at three or more prior times brought an action that was dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted,"[2] the Court concluded that Plaintiff could not proceed *in forma pauperis* without prepaying his entire filing fee. In its April 24, 2013 order, the Court warned that Plaintiff's complaint would be dismissed unless he paid the full filing fee within thirty days. More than one month later, it remains unpaid.

---

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] 28 *id.* § 1915(g).

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED.  This case is CLOSED.

DATED this 10th day of June, 2013.

BY THE COURT:

JUDGE ROBERT J. SHELBY
United States District Court